**The FERRO ENAMEL SUPPLY CO. v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 6644.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1933.

Paul L. Holden, of Cleveland, Ohio, for petitioner.

E. B. Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of respondent.